# Third District Court of Appeal
## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1305
Lower Tribunal No. F06-25562
_____

**Brandon Rolle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Brandon Rolle, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.